NO. 07-03-0417-CR
NO. 07-03-0418-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 22, 2004

_____

JACK TREMAYNE SAPP, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 100TH DISTRICT COURT OF CHILDRESS COUNTY;

NO. 4516 & 4518; HONORABLE DAVID M. MCCOY, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant Jack Tremayne Sapp's motion to dismiss his

appeals.  Pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure, the request

to withdraw the notices of appeal is signed by appellant.  No decision of this Court having

been delivered to date, we grant the motion. No motions for rehearing will be entertained, and our mandates will issue forthwith.

Accordingly, the appeals are dismissed.

Don H. Reavis
Justice

Do not publish.